No. 344. BELL ET AL. *v.* HOOD ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. A. L. Wirin*

and *Russell E. Parsons* for petitioners. *Acting Solicitor General Judson* for respondents. *Mr. Wayne M. Collins* filed a brief on behalf of the Northern and Southern California Branches of the American Civil Liberties Union, as *amici curiae,* in support of the petition.